FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ. (SBN: 155175)
ANN MARIE FRIEND, ESQ. (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorney for Debtors,
Jennifer Bunnell

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

In re:

    Jennifer Bunnell,

                Debtors.

Case No.: 09-92421-D-13
Chapter 13
DC No. **FW:02**
DATE: **May 11, 2010**
Time: **10:00 a.m.**
Place: **1200 I St**
       **Department D**
       **Modesto, CA**

## MOTION TO SELL REAL PROPERTY

    Debtor hereby request an order allowing her permission to short sell real property for the reasons set forth in the declaration of Debtor, filed concurrently herewith.

    The Trustee shall approve the Title Company to be used in connection with the sale. The Trustee shall approve the estimated closing statement to be prepared in connection with the sale, and when approved, disbursement may only be made in accordance with the approved closing statement.

Debtors request the waiver of the 10-day stay pursuant to Bankruptcy Rule 6004(g).

Dated: 4-22-10

**FRIEND & WALTON**
**A PROFESSIONAL LAW CORPORATION**

/s/ Ann Marie Friend Esq
**ANN MARIE FRIEND, ESQ., Attorney for debtors** Jennifer Bunnell