FILED
April 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002578089

```
1   FRIEND & WALTON
    A PROFESSIONAL LAW CORPORATION
2   RANDALL K. WALTON, ESQ.   (SBN: 155175)
    ANN MARIE FRIEND, ESQ.    (SBN: 173473)
3   P.O. Box 830
    Modesto, California 95353-0830
4   Telephone: (209) 238-0946
    Facsimile: (209) 238-0953
5
    Attorneys for Debtors,
6   Jennifer Bunnell
```

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## MODESTO DIVISION

| In re: | ) | Case No.: | **09-92421-D-13** |
|---|---|---|---|
| | ) | Chapter | 13 |
| | ) | DC No. | **FW:02** |
| | ) | DATE: | **May 11, 2010** |
| Jennifer Bunnell, | ) | Time: | **10:00 a.m.** |
| | ) | Place: | **1200 I St** |
| | ) | | **Department D** |
| Debtors. | ) | | **Modesto, CA** |

### DECLARATION OF DEBTORS IN SUPPORT OF MOTION TO SHORT SELL REAL PROPERTY

I, Jennifer Bunnell, declare:

1. I am the debtor in the above-referenced case. I state the following facts on my own personal knowledge and know them to be true, except those facts stated on information and belief, which facts I am informed and believe to be true.

2. I am requesting permission from the Court to short sell my residence located at 444 Balboa Way, Modesto, California, 95350.

3. Chase Home Finance has accepted an offer of $100,000.00 for the property and believes that this is a true and

accurate current fair market value for the subject property in this area.

4. I have compared the price to similar residences in the area.
5. The sale price is all cash.
6. Attached hereto as Exhibit "A" is a true and correct copy of the Sellers Estimated Closing Statement from First American Title Company.
7. Attached hereto as Exhibit "B" is a true and correct copy of the purchase agreement.
8. Attached hereto as Exhibit "C" is a true and correct copy of the settlement agreement from Chase Home Finance.
9. Attached hereto as Exhibit "D" is a true and correct copy of the letter from CPA Jim Smith C.
10. After close of escrow, title and possession of the property will be turned over to the buyer and not before.
11. The sale is an arm's length transaction.
12. I will not receive any money out of the sale. My husband, James Greenwood, did not file bankruptcy with me. He is a co-debtor on the first and second deeds of trust.
13. In my confirmed bankruptcy plan, the property is listed as a Class 4 debt. We can no longer afford the property. Instead of reclassifying the debt to a Class 3 surrender, we have to short sale the property in order to protect James. Otherwise, James may be liable for any deficiency balance or other debt incurred from the surrender of the property.

14. I also have a problem with the second deed of trust lien holder, Chase Home Finance. Chase will not agree to the short sale until the court has granted me permission to short sale the property. I understand that the second must be in agreement for me to go through with the sale, but they will not agree until the court has granted this motion.

I declare under penalty of perjury that the foregoing is true and correct and if called as witnesses I would testify competently thereto.

Executed on April 22, 2010 at Modesto, California.

                                      /s/ JENNIFER BUNNELL
                                      Jennifer Bunnell